FILED
08 JUN 18 PM 2:58
CLERK US DIST...
SOUTHERN DIST...
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 2027 WQH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| DAVID FRIAS-HERNANDEZ, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. David Frias-Hernandez, Criminal Case No. 08CR1172-WQH.

DATED: June 18, 2008.

KAREN P. HEWITT
United States Attorney

*(signed)* Charlotte E. [illegible]

CARLA J. BRESSLER
Assistant U.S. Attorney