```
 1   KAREN P. HEWITT
     United States Attorney
 2   W. MARK CONOVER
     Assistant U.S. Attorney
 3   California State Bar No. 236090
     United States Attorney's Office
 4   880 Front Street, Room 6293
     San Diego, California 92101-8893
 5   Telephone: (619) 557-5200 / (619) 235-2757(Fax)
     Email: mark.conover@usdoj.gov
 6
     Attorneys for Plaintiff
 7   United States of America
```

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )   Criminal Case No. 3:08-cr-2027-WQH
                                      )
11                  Plaintiff,        )
                                      )   NOTICE OF APPEARANCE
12           v.                       )
                                      )
13                                    )
     DAVID FRIAS-HERNANDEZ,           )
14                                    )
                    Defendant.        )
15                                    )
                                      )
16   _____  )

17
     TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:
18
        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.
19
        I certify that I am admitted to practice in this court or authorized to practice under CivLR
20
     83.3.c.3-4.
21
        The following government attorneys (who are admitted to practice in this court or authorized
22
     to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead
23
     counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to
24
     activity in this case:
25
        Name (If none, enter "None" below)
26
        None
27

28

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u> (If none, enter "None" below)

None.

Please call me if you have any questions about this notice.

DATED: September 3, 2008

          Respectfully submitted,

          KAREN P. HEWITT
          United States Attorney

          *W. Mark Conover*

          _____
          W. Mark Conover
          Assistant United States Attorney
          Email: mark.conover@usdoj.gov

          Attorneys for Plaintiff
          United States of America

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:08-cr-2027-WQH |
| Plaintiff, ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| DAVID FRIAS-HERNANDEZ, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, W. Mark Conover, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Inge Brauer

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 3, 2008

*W. Mark Conover*
W. Mark Conover

3